U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 15 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

ORIGINAL

1:06cv1361
Judge Drell
Magistrate Judge Kirk

FILE NO._____ AND RECORDED

CIVIL SUIT NUMBER 2006-9441-B

2006 JUL 31 A 11: 34

| | |
|---|---|
| MICHAEL J. BORDELON, SR. AND JUDY BORDELON | 12TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF AVOYELLES |
| VIRGINIA L. FOSTER, ET AL | STATE OF LOUISIANA |

## PARTIAL JUDGMENT OF DISMISSAL

**ON MOTION** of counsel for plaintiffs and counsel for Virginia L. Foster and State Farm Mutual Automobile Insurance Company, it is

**ORDERED, ADJUDGED AND DECREED** that the above numbered and entitled cause be and the same is hereby dismissed, with prejudice, as against Virginia L. Foster and State Farm Mutual Automobile Insurance Company, with a full reservation of plaintiffs' rights as against all other parties; it is further

**ORDERED, ADJUDGED AND DECREED** that State Farm Mutual Automobile Insurance Company, as the liability insurer of Virginia L. Foster, will pay all costs incurred by it and Virginia L. Foster.

**JUDGMENT RENDERED AND SIGNED** at Marksville, Avoyelles Parish, Louisiana, on this the 31 day of July, 2006.

_____
DISTRICT JUDGE

ROY & ROY
A Professional Legal, LLC

BY: _____
BENJAMIN A. LUKE
Bar Roll No. 23521
Post Office Box 363
Marksville, Louisiana 71351
**Attorneys for Plaintiffs**

HUGHES & LAFLEUR
A Professional Law Corporation

BY: _____
DAVID A. HUGHES
Bar Roll No. 7076
Post Office Box 1831
Alexandria, Louisiana 71309
**Attorneys for Virginia L. Foster and State
Farm Mutual Automobile Insurance Company**

**HUGHES & LAFLEUR**
(A PROFESSIONAL LAW CORPORATION)
201 JOHNSTON STREET
SUITE 400
POST OFFICE BOX 1831
ALEXANDRIA, LOUISIANA 71309-1831

David A. Hughes
Paul M. Lafleur
George C. Gaiennie, III

Telephone (318) 443-4090
Facsimile (318) 443-4091

FILE NO. _____
FILED AND RECORDED
2006 JUL 31 A 11: 34
PAGE _____

July 27, 2006

Honorable Samuel G. Couvillon
Clerk of Court, 12th Judicial District Court
Post Office Box 219
Marksville, Louisiana 71351

Re: Civil Suit Number 2006-9441-B
Michael J. Bordelon, Sr., et ux v. Virginia L. Foster, et al

Dear Mr. Couvillon:

Enclosed is the original of a Partial Judgment of Dismissal to be filed in the record of the captioned matter. Once the enclosed judgment has been signed and filed, please furnish me a certified copy.

It is my understanding that no costs have been incurred by State Farm as the liability insurer of Virginia Foster and Virginia Foster. Accordingly, I enclose this firm's check payable to your order in the sum of $25.00 as payment of costs in connection with the filing and certification of the enclosed Partial Judgment of Dismissal.

Yours truly,

HUGHES & LAFLEUR
(A Professional Law Corporation)

BY: _____
DAVID A. HUGHES

DAH/gbs
Enclosure