RECEIVED
IN ALEXANDRIA, LA

FEB 1 9 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL J. BORDELON, SR., et al. | CIVIL ACTION NO. 06-1361 |
| -vs- | JUDGE DRELL |
| VIRGINIA L. FOSTER, et al. | MAGISTRATE JUDGE KIRK |

# JUDGMENT

Based on written reasons given this date, **IT IS HEREBY ORDERED** that the motion to remand (Doc. 53) is GRANTED. This case is **REMANDED** to the 12th Judicial District Court, Parish of Avoyelles, Louisiana.

Consequently, IT IS FURTHER ORDERED that all other pending motions in this case (Docs. 31, 33, and 60) are **DENIED AS MOOT**.

SIGNED on this 19 day of February, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE